371 A.2d 855
Commonwealth v. Gray, Appellant.

Submitted April 12, 1976. John R. Cook, Trial Defender, and Ralph J. Cappy, Public Defender, for appellant; Charles W. Johns,

Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.